UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:11-cr-189-RLH-VCF |
| JOSEPH POBLETE, | ) | |
| Defendant. | ) | **ORDER** |

On January 14, 2013, the Court granted the Federal Public Defender's sealed "Ex-Parte Motion to Withdraw and for the Appointment of New Counsel" (#68) and ordered new counsel appointed (#69). Therefore;

IT IS HEREBY ORDERED that Richard E. Tanasi, Esq. is appointed as counsel in place of the Federal Public Defender for all future proceedings.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Mr. Tanasi forthwith.

DATED this ___17th___ day of January, 2013.

Nunc Pro Tunc: January 17, 2013.

_____
ROGER L. HUNT
United States District Judge