UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff<br><br>v.<br><br>Joseph Poblete,<br><br>　　　　Defendant | Case No.: 2:11-cr-0189-JAD-VCF<br><br>**Order Denying Motion<br>for Appointment of Counsel**<br><br>[ECF No. 104] |

　　　Joseph Poblete was sentenced to 41 months in prison followed by 3 years of supervised release for a 2013 felon-in-possession-of-a-firearm conviction.[1]  Though he was released from federal custody and began serving his supervised-release term in September 2015, Poblete is in state custody, serving a 48–120-month sentence for drug trafficking.[2]  Last year, Poblete unsuccessfully moved for an early release from the remainder of his supervision term.[3]  He now moves this court to appoint him counsel to take another shot at getting him excused from his remaining supervised-release term.  The government opposes that motion, pointing out that his drug trafficking while on supervised release dooms that effort.[4]  Because I do not find that good cause exists to appoint counsel for the purpose Poblete seeks, IT IS HEREBY ORDERED that Poblete's Motion for Appointment of New Counsel **[ECF No. 104] is DENIED.**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　Dated: September 21, 2021

---

[1] ECF No. 82 (judgment).
[2] ECF No. 100.
[3] *Id*.
[4] ECF No. 105.