# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00189-JAD-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| JOSEPH POBLETE, | |
| Defendant. | |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, September 23, 2024 at 11:00 a.m., be vacated and continued to November 21, 2024 at the hour of 10:00 a.m.; or to a time and date convenient to the court.

    DATED this 19th day of August, 2024.

_____
Jennifer A. Dorsey
United States District Judge

3